# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR 25-25-GF-BMM** |
| Plaintiff, | |
| vs. | ORDER |
| NATHAN NICHOLAS JOHNSON ST. GODDARD, | |
| Defendant. | |

Before the Court is Defendant's Motion for Leave to File Additional Letters in Support of Sentencing. The Court, having reviewed the motion and with good cause shown: IT IS HEREBY ORDERED that Defendant is granted leave to file up to eighteen (18) letters in support of sentencing. The letters shall be filed as a single consolidated exhibit to minimize burden on the Court.

DATED this 31st day of March 2026.

_____
Brian Morris, Chief District Judge
United States District Courts